# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **VINCENT GUNTER** | : | CIVIL ACTION |
| **Plaintiff** | : | |
| | : | |
| vs. | : | NO. 14-2925 |
| | : | |
| **CAMBRIDGE-LEE INDUSTRIES, LLC,** | : | |
| | : | |
| **Defendant** | : | |

## O R D E R

**AND NOW,** this 11th day of May, 2016, upon consideration of the defendant's motion for summary judgment (Document #21), and the plaintiff's response thereto (Document #26), IT IS HEREBY ORDERED that the motion is GRANTED in part and DENIED in part.

IT IS FURTHER ORDERED THAT:

1. The motion is GRANTED as to the plaintiff's FMLA retaliation claim.

2. The motion is DENIED as to the plaintiff's FMLA interference claim.

3. Judgment is entered on behalf of the defendant and against the plaintiff on the plaintiff's FMLA retaliation claim.

BY THE COURT:

*/s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL, J.