IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| VINCENT GUNTER,<br>　　　　　　　　Plaintiff,<br><br>v.<br><br>CAMBRIDGE-LEE INDUSTRIES, LLC.,<br>　　　　　　　　Defendant. | CIVIL ACTION<br><br>NO. 14-2925 |

### ORDER

**AND NOW**, this   14th   day of July, 2016, upon consideration of the Plaintiff's Motion to Enforce Settlement (Dkt. No. 45) filed on June 20, 2016, the Defendant's Response in Opposition (Dkt. No. 47) filed on June 22, 2016, and Plaintiff's Reply Brief (Dkt. No. 48) filed on June 22, 2016,

**IT IS ORDERED** that Plaintiff's Motion is **GRANTED**[1] and Defendant shall make payment of the agreed upon undisclosed sum to Plaintiff and his counsel in full without deductions for payroll taxes.

BY THE COURT:

*/s/ Henry S. Perkin*
Henry S. Perkin
United States Mgistrate Judge

---

[1] The settlement will provide for the payment of counsel fees and costs to Plaintiff's lawyer which will be reported to the IRS on Form 1099 with the net proceeds paid to the Plaintiff himself.